## CRIDER *v.* BALKCOM, Warden.

No. 16422. November 17, 1948.

*S. E. Crider*, pro se, and *Jackson L. Barwick*, for plaintiff.

*Eugene Cook, Attorney-General*, and *R. N. Odum, Assistant Attorney-General*, for defendant.

ATKINSON, Presiding Justice. (After stating the foregoing facts.) It is insisted by Crider that, having served the minimum of a felony sentence and having been granted a conditional release, the only way the terms of that release could be violated would be by the commission by him of another felony.

Code § 27-2502, after providing for an indeterminate sentence, states: "The Prison Commission [now the Board of Pardons and Paroles] shall fix rules by which said convict, after serving the minimum sentence, may be allowed to complete his term without the confines of the penitentiary upon complying with said rules."

In the instant case, among other conditions of his release, it was provided that he should not violate the law, and where it was shown that he did so, the board was authorized to revoke the release and return him to the penitentiary. Accordingly, the trial judge did not err in remanding him to the custody of the warden. *Judgment affirmed. All the Justices concur.*